MICHAEL L. HINCKLEY (CSBN 161645)
LIDIA S. STIGLICH (CSBN 182100)
STIGLICH & HINCKLEY, LLP
502 Seventh Street
San Francisco, California 94103
Tel:  415-865-2539
Fax:  415-865-2538

Attorney for Defendant
DON PHILLIPS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 00-00658 PJH (JL) |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER RE: MODIFICATION OF PRETRIAL RELEASE CONDITIONS |
| DON PHILLIPS, et. al | |
| Defendants. | |

Defendant DON PHILLIPS, by and through his counsel Michael L. Hinckley and the United States of America, through Assistant United States Attorney Kirsten Ault, hereby stipulate and agree that Mr. Phillips' pretrial release conditions be modified such that he be permitted to leave his residence to visit family and friends on the Valentines Day Holiday, February 14, 2009, returning to his home by 11:00 p.m. that same date.

///

///

///

Mr. Phillips' assigned United States Pretrial Services Officer, Anthony Granados, has been informed of this request and has no objection.

IT IS SO STIPULATED.

Dated: 2/13/2009                                /S/ Michael Hinckley
                                                MICHAEL L. HINCKLEY
                                                Attorney for Defendant
                                                DON PHILLIPS


Dated: 2/13/2009            .                   /S/ Kirsten Ault
                                                KIRSTEN AULT
                                                Assistant United States Attorney


## ORDER

Pursuant to stipulation, Mr. Phillips' pretrial release conditions are modified such that he be permitted to leave his residence to visit family and friends on the Valentines Day Holiday, February 14, 2009, returning to his home by 11:00 p.m. that same date. All other conditions of release to remain the same.

**IT IS SO ORDERED.**

Dated: February 13, 2009     .                  _/s/ James Larson_
                                                HON. JAMES LARSON
                                                United States Magistrate Judge